IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                            CASE NO. 5:11-cr-42-RS
                                      5:13-cv-32-RS-EMT

JILL BETH NEWMAN ZURAVEL,

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 336) and the Defendant's Objections to the Report and Recommendation (Doc. 340). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 322) is **DENIED**.

3. The certificate of appealability is **DENIED** because Defendant did not make a substantial showing of the denial of a constitutional right.

4. The Clerk is directed to close the file.

**ORDERED** on January 10, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**